Same case below, 598 F.3d 997.

**No. 10-5762. Rico Duvall Cole, III, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 994, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 818.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 295.

**No. 10-5790. Jimmy Lee Franklin, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 995, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 803.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5973. Jocelyn Espino Javan, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 995, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 799.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 596.

**No. 10-6083. Patricia Mills, Petitioner v. Wayne County Board of Education.**

562 U.S. 1182, 131 S. Ct. 996, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 878.

January 18, 2011. Petition for writ of certiorari to the Circuit Court of West Virginia, Kanawha County, denied.

**No. 10-6178. Richard Norwood, Petitioner v. United States.**

562 U.S. 1182, 131 S. Ct. 996, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 880.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 377 Fed. Appx. 580.

**No. 10-6179. Markos Pappas and Gordon Lauria, Petitioners v. United States.**

562 U.S. 1182, 131 S. Ct. 996, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 736, 

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 362 Fed. Appx. 175.

**No. 10-6291. Ravis Neal Key, II, Petitioner v. United States.**

562 U.S. 1182, 131 S. Ct. 997, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 816.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 599 F.3d 469.